IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CYNTHIA L. FOULKE, | CIVIL ACTION NO. 6:12-CV-00006 |
| *Plaintiff,* | |
| v. | ORDER |
| VIRGINIA STATE POLICE, ET AL., | |
| *Defendants.* | JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, Defendants' motion to dismiss (docket no. 34) is **GRANTED**, and this matter will be **STRICKEN** from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to the *pro se* Plaintiff and to all counsel of record.

It is so **ORDERED**.

Entered this __24th__ day of September, 2012.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE