IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CYNTHIA L. FOULKE,<br><br>                       *Plaintiff,*<br><br>v.<br><br>VIRGINIA STATE POLICE, ET AL.,<br><br>                      *Defendants.* | CIVIL ACTION NO. 6:12-CV-00006<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, Defendants' motion to dismiss (docket no. 34) is **GRANTED**, and this matter will be **STRICKEN** from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to the *pro se* Plaintiff and to all counsel of record.

It is so **ORDERED**.

Entered this __24th__ day of September, 2012.

                                                        NORMAN K. MOON
                                                        UNITED STATES DISTRICT JUDGE